IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA HERNANDEZ, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-2934 |
| | : | |
| v. | : | |
| | : | |
| EAST PENN MANUFACTURING, | : | |
| COMPANY, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of September, 2016, the court having held an initial pretrial conference in this matter on September 15, 2016, and all parties having agreed to the dismissal of this action without prejudice due to the plaintiff's failure to obtain a notice of right to sue from the EEOC; accordingly, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE**;

2. The defendant's motion to dismiss (Doc. No. 6) is **DENIED AS MOOT**; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.